**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENESHIA LOVE,<br><br>Plaintiff,<br><br>vs.<br><br>ZENITH AMERICAN SOLUTIONS,<br><br>Defendant. | Case No.: 2:23-cv-00524-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Eneshia Love and Defendant Zenith American Solutions ("Zenith") jointly stipulate and agree for the dismissal with prejudice of the above-referenced action in its entirety.

...

…

…

…

…

…

…

…

…

Each party shall bear her/its respective fees, costs and expenses.

| | |
|---|---|
| *PRO SE* PLAINTIFF | McDONALD CARANO LLP |
| By: *Eneshia Love*<br>Eneshia Love<br>10175 Spring Mountain Road<br>Apt. 2015<br>Las Vegas, Nevada 89117<br>eneshialove85@yahoo.com<br><br>*Plaintiff* | By:  */s/ Kristen T. Gallagher*<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>John R. Bode (admitted *pro hac vice*)<br>Jessica M. Wolinsky (admitted *pro hac vice*)<br>MILLER & MARTIN PLLC<br>Suite 1200, Volunteer Building<br>832 Georgia Avenue<br>Chattanooga, TN 37402<br>Telephone: (423) 756-6600<br>john.bode@millermartin.co<br>jessica.wolinsky@millermartin.com<br><br>*Attorneys for Defendant*<br>*Zenith American Solutions* |

**IT IS SO ORDERED:**

_____
Anne R. Traum, United States District Judge

Dated: October 25, 2023